In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-217 CV


____________________



IN THE INTEREST OF R.L.R., J.L.R., AND T.C.R.






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. C-198,814






 MEMORANDUM OPINION


 The appellant, Robert Ramirez, filed a motion to dismiss this appeal and expedite
issuance of the mandate. No other party filed notice of appeal. The motion is voluntarily
made by the appellant prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). 
The appellee, Candys Lee Ramirez, consented to the appellant's request to issue the mandate
immediately. See Tex. R. App. P. 18.1(c). The motion to dismiss is granted and the appeal
is dismissed. We direct the Clerk of the Court to issue the mandate immediately. 

 APPEAL DISMISSED. 

 

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered September 11, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.